**BRUCE A. BARKET**
*Attorney at Law*
**666 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530**

Bruce A. Barket  
Amy B. Marion  
Kevin T. Kearon

(516) 745-0101  
Fax (516) 745-0844

November 29, 2011

**via ELECTRONIC FILING**
Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: USA v. Vincent Romano
      <u>Docket No.: 09-CR-170</u>

Your Honor:

  We represent Mr. Vincent Romano in connection with the above referenced matter. I am writing to request that Mr. Romano's sentencing be adjourned, on consent of AUSA Thomas Sullivan, to March 14, 2012.

  Thank you in advance for your courtesy and accommodation.

                Respectfully submitted,

         By:  <u>/s/ Bruce A. Barket</u>
             Bruce A. Barket

BAB:lr
cc: Thomas Sullivan (via ECF)